| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>NEITER, RICHARD | 2. Court or Organization<br><br>U.S. Bankruptcpy Court--Central District of California | 3. Date of Report<br><br>04/30/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge--full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>Roybal Federal Bldg.<br>255 E. Temple St. #1652<br>Los Angeles, CA. 90012 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | |
| 2. | Co-trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | Employment agreement with ST&G for deferred compensation as a result of my retirement from that organization in 2/06. I have no control over amounts paid.. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2014 | ST&G deferred compensation | $19,799.99 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2014 | self employed art consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | American Bankruptcy Institute | 3/11/14 | Los Angeles | panelist at ABI Battleground West conference | transportation, parking, meal |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEITER, RICHARD | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA #1 (H) | | | | | | | | | |
| 2.   -SCHWAB MONEY MARKET | A | Int./Div. | | | Sold | 08/14/14 | K | | |
| 3.   -TR PRICE EMG BOND (PREMX) | D | Dividend | N | T | Buy | 01/14/14 | N | | |
| 4.   -BLACKROCK GLOBAL ALLOC (MALOX) | B | Dividend | | | Sold | 09/14/14 | M | E | |
| 5.   -COLUMBIA DIVIDEND INCOME FD (CDDRX) | | None | | | Sold | 01/14/14 | N | F | |
| 6.   -OSTERWEIS FUND (OSTFX) | | None | | | Sold (part) | 01/14/14 | M | E | |
| 7. | | | | | Sold (part) | 09/04/14 | M | E | |
| 8. | | | | | Sold (part) | 11/06/14 | L | D | |
| 9. | | | | | Sold | 12/04/14 | L | E | |
| 10.   -JP MORGAN RESEARCH (JPMNX) | | None | | | Sold (part) | 01/14/14 | M | D | |
| 11. | | | | | Sold | 10/14/14 | M | D | |
| 12.   -MERGER FUND (MERFX) | | None | | | Sold | 01/14/14 | L | D | |
| 13.   -PIMCO UNCONS BOND (PFIUX) | A | Dividend | | | Sold (part) | 01/07/14 | K | A | |
| 14. | | | | | Sold | 01/14/14 | N | A | |
| 15.   -PIMCO ALL AUTHORITY (PAUIX) (7200Q182) | C | Dividend | | | Buy (add'l) | 01/14/14 | K | | |
| 16. | | | | | Sold | 09/12/14 | N | A | |
| 17.   -PIMCO GLOBAL MULTI (PGAIX) | | None | | | Sold | 01/14/14 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEITER, RICHARD | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -SCHWAB FUND US LG CO (SFLNX) | | None | | | Buy (add'l) | 01/14/14 | M | | |
| 19. | | | | | Sold | 09/19/14 | N | E | |
| 20. -VANGUARD DIVIDEND GROWTH (VDIGX) | D | Dividend | | | Buy (add'l) | 01/14/14 | M | | |
| 21. | | | | | Sold (part) | 11/06/14 | N | F | |
| 22. | | | | | Sold | 12/04/14 | N | F | |
| 23. -VANGUARD EQUITY INCOME (VEIPX) | | None | | | Sold | 01/14/14 | N | F | |
| 24. -WASATCH FRONTIER EMERG SM-IN (WAFMX) | | None | | | Buy | 01/14/14 | M | | |
| 25. | | None | | | Sold (part) | 01/14/14 | K | | |
| 26. | | None | | | Sold | 09/02/14 | M | D | |
| 27. -MAINSTAY HIGH YLD CORP BD-I 1562 (56062X708) | B | Dividend | | | Buy | 01/14/14 | N | | |
| 28. | | | | | Sold | 09/04/14 | N | D | |
| 29. -DREYFUS PREMIER WORLDWIDE GROWTH-I (DPWRX) | B | Dividend | | | Buy | 01/14/14 | N | | |
| 30. | | | | | Sold | 09/12/14 | N | E | |
| 31. -LORD ABBETT FLOATING RATE FD-I (543916134) | D | Dividend | | | Buy | 01/14/14 | M | | |
| 32. | | | | | Sold | 09/19/14 | M | C | |
| 33. -INVESCO CONVERTIBLE SECURITIES FD-A (CNSAX) | A | Dividend | | | Buy | 01/14/14 | N | | |
| 34. | | | | | Sold (part) | 09/02/14 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEITER, RICHARD | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 10/14/14 | N | A | |
| 36.  -CNR CORPORATE BD FD SERV CL 2641 (17800P514) | A | Dividend | | | Buy | 09/04/14 | L | | |
| 37. | | | | | Buy (add'l) | 10/14/14 | M | | |
| 38. | | | | | Sold | 11/14/14 | N | A | |
| 39.  -CNR GOVT BD FD SERV CL 2639 (17800P480) | A | Dividend | | | Buy | 09/04/14 | K | | |
| 40. | | | | | Buy (add'l) | 10/14/14 | M | | |
| 41. | | | | | Sold | 11/14/14 | M | A | |
| 42.  -TWEEDY BROWNE GLOBAL VALUE FD (TBGVX) | C | Dividend | M | T | Buy | 09/12/14 | N | | |
| 43. | | | | | Buy (add'l) | 09/19/14 | K | | |
| 44. | | | | | Sold (part) | 12/04/14 | M | A | |
| 45.  -TOUCHSTONE SMALL CAP CORE FUND-Y (TSFYX) | D | Dividend | M | T | Buy | 09/04/14 | L | | |
| 46. | | | | | Buy (add'l) | 12/04/14 | K | | |
| 47.  -CNR FIXED INCOME OPPORT CLN (17800P506 | E | Dividend | O | T | Buy (add'l) | 09/04/14 | N | | |
| 48. | | | | | Buy (add'l) | 09/19/14 | M | | |
| 49. | | | | | Buy (add'l) | 10/14/14 | K | | |
| 50.  -CNR US CORE EQUITY FD SERV (CNRVX) | B | Dividend | P1 | T | Buy | 09/12/14 | O | | |
| 51. | | | | | Buy (add'l) | 09/19/14 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEITER, RICHARD | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/04/14 | M | | |
| 53. -PIMCO COMMODITY PLUS STRAT-INS (PCLIX) | B | Dividend | L | T | Buy | 12/04/14 | L | | |
| 54. -VANGUARD SHORT/TERM CORP BOND ETF (VCSH) | A | Dividend | M | T | Buy | 11/17/14 | M | | |
| 55. -VANGUARD INTERM-TERM GOVT BD ETF (VGIT) | A | Dividend | K | T | Buy | 11/17/14 | K | | |
| 56. -VANGUARD INTERMEDIATE-TERM C ETF (VCIT) | A | Dividend | M | T | Buy | 11/17/14 | M | | |
| 57. -VANGUARD SHORT-TERM GOVT BOND-ETF (VGSH) | A | Dividend | L | T | Buy | 11/17/14 | L | | |
| 58. -VANGUARD REIT ETF (VNQ) | A | Dividend | K | T | Buy | 09/04/14 | K | | |
| 59. | | | | | Buy (add'l) | 09/23/14 | K | | |
| 60. -CNR PRIME MM FD SERV | A | Dividend | N | T | Buy | 01/14/14 | P1 | | |
| 61. -CNR EMERGING MARKETS FD CL N | A | Dividend | M | T | Buy | 09/02/14 | M | | |
| 62. | | | | | Buy (add'l) | 09/19/14 | L | | |
| 63. -CNR DIVIDEND & INCOME FD CL N | C | Dividend | O | T | Buy | 11/06/14 | N | | |
| 64. | | | | | Buy (add'l) | 12/04/14 | N | | |
| 65. -VANGUARD SMALL-CAP ETF (VB) | A | Dividend | L | T | Buy | 11/10/14 | L | | |
| 66. -VANGUARD GLOBAL EX US REAL EST ETF (VNQI) | A | Dividend | K | T | Buy | 09/04/14 | K | | |
| 67. | | | | | Buy (add'l) | 09/23/14 | K | | |
| 68. IRA #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEITER, RICHARD | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -SCHWAB MONEY MARKET | A | Int./Div. | | | Sold | 08/14/14 | K | | |
| 70. IRA #3 (H) | | | | | | | | | |
| 71. -Schwab Money Market | A | Int./Div. | | | Sold | 8/27/14 | J | | |
| 72. -PIMCO GLOBAL MULT ASSET (PGAAX) | | None | | | Sold | 01/14/14 | K | A | See Part VIII |
| 73. -CNR MONEY MARKET (CNGXX) | A | Int./Div. | J | T | Buy | 08/27/14 | J | | |
| 74. -ISHARES CORE GROWTH ALLOCATION ETF (AOR) | A | Dividend | K | T | Buy | 09/09/14 | K | | |
| 75. -WASATCH FRONTIER EMERGING SMALL CO'S (X) | | None | | | Sold | 09/04/14 | K | B | |
| 76. TRUST #1 (H) | | | | | | | | | |
| 77. -SCHWAB MONEY MARKET | A | Int./Div. | | | Sold | 08/14/14 | J | | |
| 78. -U.S.BANK (ACCOUNTS) | A | Interest | L | T | | | | | |
| 79. -BANC OF CALIFORNIA, INC (COMMON STOCK) | B | Dividend | K | T | | | | | |
| 80. -RENTAL PROPERTY--LOS ANGELES COUNTY, CA. | D | Rent | P1 | W | | | | | |
| 81. PARTIAL INTEREST IN HOMEOWNERS ASSOC. ASSOCIATION | | None | J | T | | | | | |
| 82. LOIS NEITER FINE ART LLC | A | Distribution | | | Distributed | 12/31/14 | J | A | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **NEITER, RICHARD** | 04/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re. Section VII, line 82, Lois Neiter Fine Art LLC phased out of business as a fine art dealer and became a consultant.

Re. Section VII, line 72, PGAIX was inadvetently misspelled as PGAAX in my Federal Disclosure Report dated 9/22/14 for the reporting period of 01/01/13 to 12/31/13.

| Name of Person Reporting | Date of Report |
|---|---|
| NEITER, RICHARD | 04/30/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ RICHARD NEITER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544